**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SABAL TRAIL TRANSMISSION, LLC,

          Plaintiff,

                                  Case No. 6:16-cv-472-Orl-37-KRS

v.

                                  Tract No: HCL-FL-OS-069.000;

+/- 2.974 ACRES OF LAND IN
OSCEOLA COUNTY, FLORIDA;
JTD LAND AT CYPRESS RIDGE,
LLC; and UNKNOWN OWNERS, IF ANY,

          Defendants.
_____

**ORDER**

This cause is before the Court on the following matters:

(1)     Motion for Partial Summary Judgment Determining the Right to Condemn Easements and Incorporated Memorandum of Law (Doc. 2), filed March 18, 2016;

(2)     Plaintiff's Motion for Preliminary Injunction for Immediate Possession and Incorporated Memorandum of Law (Doc. 3), filed March 18, 2016;

(3)     Motion for Substitution of Parties and Incorporated Memorandum of Law (Doc. 36), filed May 5, 2016;

(4)     Stipulation for Immediate Possession (Doc. 43), filed May 20, 2016; AND

(5)     Unopposed Joint Motion to Dismiss Defendant First Horizon Home Loans and Memorandum of Law in Support Thereof (Doc. 47), filed May 31, 2016.

**BACKGROUND**

Plaintiff Sabal Trail Transmission, LLC ("**Plaintiff**") initiated this land condemnation action against certain property located in Osceola County, Florida ("**Property**") and

against landowner ICI Orlando Residential Holdings, LLC ("**ICI**"). (*See* Doc. 1.) Subsequently, ICI conveyed the Property to JTD Land at Cypress Ridge, LLC ("**JTD**") via Special Warranty Deed recorded in the Osceola County Official Public Records at Book 4938, Page 1059 (*see* Doc. 36), and: (1) Plaintiff requested that the Court substitute JTD for Defendant ICI in accordance with Federal Rule of Civil Procedure 71.1(g) ("**Substitution Motion**"); and (2) Plaintiff served JTD with notice of this action in accordance with Rule 71.1(d)(3). (*See* Docs. 36 & 37.) On **May 20, 2016**, Plaintiff and JTD jointly filed a Stipulation for Immediate Possession (Doc. 43), which confirms Plaintiff's right to condemn the subject easements and immediate possession. On **May 23, 2016**, JTD also attended a hearing in this action. (Doc. 45.) Finally, on **May 31, 2016**, Plaintiff and JTD jointly moved to dismiss Defendant First Horizon Home Loans in accordance with Rule 71.1(i)(2) ("**Motion to Dismiss**"). (Doc. 47).

Upon review, the Court agrees with the other judges in the M.D. Courts that Plaintiff's Rule 56 and Rule 65 Motions are due to be granted. *See Sabal Trail Transmission, LLC v. +/- 0.9 Acres of Land in Citrus Cnty., Fla.*, Case No. 5:16-cv-196-Oc-30-PRL, 2016 WL 2997669, at *1 (M.D. Fla. May, 25, 2016); *Sabal Trail Transmission, LLC, v. +/- 9.669 Acres of Land in Polk Cnty., Fla.*, Case No. 8:16-cv-640-T-33-EAP, 2016 WL 2745082, at *1 (M.D. Fla. May 11, 2016). Further, the Court finds that the Substitution Motion and the Motion to Dismiss also are due to be granted.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.   Motion for Substitution of Parties and Incorporated Memorandum of Law (Doc. 36) is **GRANTED**.

2.   The Clerk of the Court is **DIRECTED** to:

    a.   terminate ICI Orlando Residential Holdings, LLC as a party to this action; and

    b.   add JTD Land at Cypress Ridge, LLC as a Defendant.

3.   Unopposed Joint Motion to Dismiss Defendant First Horizon Home Loans and Memorandum of Law in Support Thereof (Doc. 47) is **GRANTED**.

4.   The Clerk of the Court is **DIRECTED** to terminate First Horizon Home Loans as a party to this action.

5.   Plaintiff's Motion for Partial Summary Judgment Determining the Right to Condemn Easements and Incorporated Memorandum of Law (Doc. 2) is **GRANTED**.

6.   Plaintiff's Motion for Preliminary Injunction for Immediate Possession (Doc. 3) is **GRANTED**.

7.   In accordance with Federal Rule of Civil Procedure 65(e), Plaintiff shall post a security bond in the amount of **$36,400.00** with the Clerk of this Court.

8.   Upon Plaintiff posting a proper security bond with the Clerk of this Court as required by Paragraph 7 of this Order, the following shall occur:

    a.   Plaintiff shall have immediate access to, and possession of, the Subject Easements described in the Notice of Condemnation (Doc. 1-5) and incorporated herein; and

    b.   Plaintiff may immediately begin pre-installation activities so that construction-related activities can commence by **June 21, 2016**, for the purposes of constructing the Project.

9.      All pre-installation and construction-related activities shall be consistent

with the FERC Certificate and all other applicable regulatory permits.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 3, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Unrepresented Parties

U.S. Magistrate Judge Karla R. Spaulding